```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| **LaSONJA WRIGHT** | * |
| **o/b/o CALLIE WRIGHT,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| vs. | *   Civil Action No. 05-00063-KD-B |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
|     **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 31, 2006, is **ADOPTED** as the opinion of this Court.

    **DONE** and **ORDERED** this the 12th day of April, 2006.

                                                   s/ Kristi K. DuBose
                                               **UNITED STATES DISTRICT JUDGE**